**MEMO ENDORSED**

CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

December 3, 2019

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>United States v. William Brito</u>
             19 Cr. 666 (KMK)

Dear Judge Karas:

      I am writing, with the consent of the Government and Pretrial Services, to ask that the curfew that is in place as part of Mr. Brito's bail conditions be eliminated.

      Mr. Brito was recently offered a full time job with UPS as a driver and his shifts are variable and are sometimes overnight. Pretrial Services has suggested that a curfew will make it difficult for Mr. Brito to work these overnight shifts.

      Mr. Brito has been fully complaint with all of his release conditions to date.

      Thank you for your consideration in this matter.

Respectfully submitted,

Kerry A. Lawrence

*Granted,*
*So Ordered*
*KMK*
*12/4/19*

cc:    United States Attorneys Office (via e-mail)