**MEMO ENDORSED**

# CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

July 29, 2020

**BY ECF**

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. William Brito
             19 Cr. 666 (KMK)

Dear Judge Karas:

    I am writing with the consent of the Government and Pretrial Services to request that William Brito's jurisdictional limits of his pretrial release be modified to include the Eastern District of New York and the State of Connecticut.

    Mr. Brito has been offered a job with FreshDirect that will require him to drive in these jurisdictions.

    Thank you for the Court's consideration of this requested bail modification.

Respectfully submitted,

*Kerry A. Lawrence*

Kerry A. Lawrence

Cc: (via email)
AUSA Christopher Brumwell
PTSO Mohammed Ahmed

Granted.

So Ordered.

7/30/20