**LAW OFFICE OF KERRY LAWRENCE, PLLC**
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

MEMO ENDORSED

Admitted in NY & CT

June 27, 2022

*Via ECF and Email*
Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re: *USA v. William Brito*
           19-Cr-666 (KMK)

Dear Judge Karas:

    I am writing with the consent of the Government and Pre-Trial Services to ask that Mr. Brito be permitted to go to Florida from July 1 to July 5 to attend a family wedding with his wife.

    Mr. Brito had asked me to make this application several weeks ago and I apologize about not having done so earlier.

    Mr. Brito has been fully compliant with each and every condition of his pretrial release since being released on bail.

    Thank you for the Court's consideration of this request.

Granted.
So Ordered.
*[signature]*
6/27/22

Very truly yours,

*[signature]*

Kerry A. Lawrence

KAL:dc

cc: AUSA Christopher Brumwell (via ECF and email)
     AUSA Benjamin Klein (via ECF and email)