# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

MEMO ENDORSED

Admitted in NY & CT

October 17, 2022

*Via ECF*
Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *USA v. William Brito*
    19-Cr-666 (KMK)

Dear Judge Karas:

I am writing in response to the Probation Department having notified the Court that Mr. Brito tested positive for controlled substances as he voluntarily presented himself for processing after sentencing.

As the Court will recall, based on no demonstrated substance-abuse issues, the Court did not require drug treatment as a specific condition of his supervised release. Proper procedure would not have permitted probation to inquire or test him when he appeared after sentencing but the duty officer did so anyway, and Mr. Brito was fully compliant and candid that he had to use controlled substances due to the stress of his pending sentencing.

While we would not oppose directing probation to modify his conditions to require future drug testing, their suggestion that he undergo a full substance-abuse assessment seems unwarranted. If in the event he were to test positive on a future date during his supervision, it would be understandable that the Court might want to have him further assessed.

The government agrees with the approach requested herein.

Thank you for the Court's consideration of this letter.

The Court agrees with the Parties. Accordingly, the conditions of supervised release are modified to the extent that Mr. Brito will be subject to drug testing in the discretion of the Probation Department, but will not be required at this time to participate in any drug treatment programs. If Mr. Brito regularly tests positive, then the Court may consider modifying the conditions to include outpatient treatment.

Respectfully submitted,

Kerry A. Lawrence

So Ordered.
10/18/22

cc: AUSA Christopher Brumwell (via ECF)